No. 541, Misc.  FAULKNER v. RAGEN, WARDEN;
No. 604, Misc.  IN RE TOTTERDELL;
No. 642, Misc.  POUNDS v. CALIFORNIA;
No. 643, Misc.  MILLER v. TAYLOR, WARDEN;
No. 677, Misc.  BLACK v. BYINGTON, WARDEN;
No. 704, Misc.  LEE v. WARDEN, MARYLAND PENITEN-
TIARY; and
No. 706, Misc.  WRIGHT v. CALIFORNIA.  Motions for
leave to file petitions for writs of habeas corpus denied.

No. 640, Misc.  EX PARTE MCMULLEN.  Motion for
leave to file petition for writ of mandamus denied.

No. 563.  INTERSTATE COMMERCE COMMISSION v. J–T
TRANSPORT CO., INC., ET AL.; and
No. 564.  U. S. A. C. TRANSPORT, INC., ET AL. v. J–T
TRANSPORT CO., INC., ET AL.  Appeals from the United
States District Court for the Western District of Missouri.
Probable jurisdiction noted.  MR. JUSTICE WHITTAKER
took no part in the consideration or decision of these cases.
Robert W. Ginnane and James Y. Piper for appellant in
No. 563.  Roland Rice and James E. Wilson for appel-
lants in No. 564.  Solicitor General Rankin filed a memo-
randum for the United States, suggesting that the Court
note probable jurisdiction.  James W. Wrape and Clar-
ence D. Todd for appellees.

No. 567.  HERTER, SECRETARY OF STATE, v. CORT.  Ap-
peal from the United States District Court for the Dis-
trict of Columbia.  Further consideration of the question
of jurisdiction postponed to the hearing of the case on
the merits.  Solicitor General Rankin, Assistant Attorney
General Wilkey, Beatrice Rosenberg and Jerome M. Feit
for appellant.